**Electronically Filed
Supreme Court
SCWC-23-0000431
02-DEC-2025
08:43 AM
Dkt. 7 ODSAC**

SCWC-23-0000431

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

DANIEL M. SANDOMIRE; KATY YEN-JU CHEN; TRUDI MELOHN,
individually and as Co-Trustee under the William Charles Melohn
III Revocable Trust dated June 4, 2010 and Co-Trustee under the
Trudi Melohn Revocable Trust dated June 4, 2010; and
WILLIAM CHARLES MELOHN III, individual and as Co-Trustee under
the William Charles Melohn III Revocable Trust dated
June 4, 2010 and Co-Trustee under the Trudi Melohn Revocable
Trust dated June 4, 2010,
Respondents/Plaintiffs-Appellees,

vs.

DAVID EDWARD BROWN and LANHUA KAO BROWN,
Petitioners/Defendants-Appellants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000431; CIVIL NO. 1CC151002267)

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Jackson, assigned by reason of vacancy)

It appearing that the judgment on appeal in the above-referenced matter has not been filed by the Intermediate Court of Appeals at the time the application for writ of certiorari was filed, see Hawaiʻi Revised Statutes § 602-59(a) (2017); see also Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 36(b)(1) (2016),

IT IS HEREBY ORDERED that Petitioners/Defendants-Appellants David Edward Brown and Lanhua Kao Brown's application for writ of certiorari, filed November 28, 2025, is dismissed without prejudice to re-filing the application pursuant to HRAP Rule Rule 40.1(a) (2023) (requiring in pertinent part that the application for writ of certiorari "be filed within 30 days after the filing of the intermediate court of appeals' judgment on appeal or dismissal order[.]").

DATED: Honolulu, Hawaiʻi, December 2, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Kauanoe A.D. Jackson